■ PATTON PLUMBING & HEATING CO., INC., Appellant, v. TOWN OF TONAWANDA et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Erie Special Term dismissing the petition on the merits in a proceeding to annul the awarding of a plumbing contract and to compel the awarding of the contract to petitioner.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ In the Matter of DANIEL F. DRISCOLL, SR., et al., Petitioners, against JAMES H. CULBERTSON et al., Constituting the Board of Appeals of Geneva, et al., Respondents.— Determination of the Board of Appeals annulled, without costs, without prejudice to the right of the additional respondents to reapply in a new proceeding. Memorandum: There are many procedural failures on the part of the respondents and additional respondents which require that the petition before us be granted to the extent of annulling the determination of the board. However, the more fundamental reason for annulling the determination is that the evidence presented was insufficient to empower the board to grant the variance (*Matter of Crossroads Recreation* v. *Broz*, 4 N Y 2d 39; *Matter of Otto* v. *Steinhilber*, 282 N. Y. 71; *Matter of Gerling* v. *Board of Zoning Appeals*, 6 A D 2d 247). The question of whether the additional respondents were entitled to a permit as a matter of right is not before us. All concur. (Review of the action of the Board of Appeals of Geneva, New York, granting a building permit for construction of a building housing a retail garden and floral store, which proceeding was transferred to the Appellate Division for determination by order of Ontario Special Term.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ GEORGE REX, Respondent, v. CHILLIAN W. SMITH, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury was against the weight of evidence. All concur. (Appeal from a judgment of Ontario Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ In the Matter of L. & J. G. STICKLEY, INC., et al., Appellants, v. I. FLEISCHMAN & SONS, INC., Respondent.— Final order affirmed, with costs. All concur. (Appeal from a final order of Onondaga Special Term dismissing the petition on the merits, without prejudice and vacating an injunction *pendente lite*, in a proceeding to enjoin use of trade name under section 964 of the Penal Law.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.